IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Name Freeman Gordon
_____
Full name and prison number
of plaintiff(s)

v.

CO Purter
CO Whiton
Jail Administrator Bowers
CO Reeves
CO Evans
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05cv1007-F
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) N/A

         Defendant(s) N/A

      2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Elmore County Jail__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Elmore County Jail__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. CO Purter | |
| 2. CO Whiton | |
| 3. Jail Admin. Bowers | |
| 4. CO Reeves | |
| 5. CO Evans | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __September 22, 2005, October 13, 2005, October 11, 2005__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __I was physically assaulted and held down by a gaurd while I was being beat__

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

I was in the Suicide cell, he came in and started beating me and I was held down. I was in Y cell about 4:00-5:00 AM September 22 2005 Officer Whiten held me down while officer Porter beat me, and my cellmate witnessed it.

**GROUND TWO:** My water was turned off for over 30 hours, when i did nothing wrong

**SUPPORTING FACTS:** There was a guy in the cell next to me that flooded the cell out, they cut both of our water off. It happened in D-Pod, the Warden got one of the trustees to turn it off, the date was October 11, 2005 in cell D-C, and the Warden was the person that turned it off

> cellmate Mike Brown

**GROUND THREE:** I was pushed violently into the wall and had my head busted into the wall very hard

**SUPPORTING FACTS:** ~~They~~ four gaurds rushed into my room, and C/O Evans banged my head on the wall very hard, and they all picked on me, Harrasing me. Then I was pushed into the cell door full force making me hit my head on the cell door. Louis Arnette, Voll V. Greene saw it when it happened

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to put a lawsuit on the Jail, and the people that did this to me. I also would like to request to talk with Mr. J. Lewis

*Signature of plaintiff(s)*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on October 19, 2005.
(Date)

*Signature of plaintiff(s)*