IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| RANCE FREEMAN GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-1007-F |
| | ) | |
| OFFICER PURTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On November 28, 2005, this court entered an order in a companion case filed by the plaintiff, a copy of which the Clerk mailed to the plaintiff at the address he had provided for service in the above-styled cause of action. This order could not be delivered because the plaintiff was no longer at the aforementioned address. In the order of procedure entered in this case, the court instructed the plaintiff that he must immediately inform the court of any new address. *See Order of October 27, 2005 - Court Document No. 4* at 4-5. It is clear that the plaintiff has failed to comply with this requirement. This case cannot properly proceed in this court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED that:

1. On or before December 15, 2005, the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action.

2. The time allowed the defendants for filing their special report be and is hereby STAYED until further order of this court.

The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 5th day of December, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE