IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANCE FREEMAN GORDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER PURTER, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO.  2:05cv1007-WKW<br>[WO] |

**OPINION**

On January 18, 2006, the Magistrate Judge filed a Recommendation (doc. #10) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice for Plaintiff's failure to properly prosecute this action and comply with the orders of this court.

Done this the 27th day of February 2006.

                                        /s/  W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE