IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RANCE FREEMAN GORDON,                )
                                     )
          Plaintiff,                 )
                                     )
v.                                   )     CIVIL ACTION NO.  2:05cv1007-WKW
                                     )              [WO]
OFFICER PURTER, *et al.*,            )
                                     )
          Defendants.                )

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER,

JUDGMENT, and DECREE of the court as follows:

(1)     The recommendation of the United States Magistrate Judge entered on January

        18, 2006, (doc. # 10), be and is hereby ADOPTED.

(2)     This case be and is hereby DISMISSED without prejudice for the plaintiff's

        failure to properly prosecute this action and comply with the orders of this

        court.

Done this the 27th day of February 2006.


          ____/s/   W.  Keith Watkins_____
          UNITED STATES DISTRICT JUDGE